**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joe Nathan MORGAN, Defendant–**
**Appellant.**

**No. 11–10511**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 17, 2011.

Michelle Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

---

*States v. Villarreal–Martinez*, 382 Fed.Appx. 379, 380 (5th Cir.2010).

**4.** Rivera–Soto's request for oral argument is denied.

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Joe Nathan Morgan in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Morgan's conviction and sentence are **AFFIRMED.**